

FILED COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 OCT -5 PM 3:51

KEITH E. HOTTLE, CLERK

Fourth of Court Of Appeals
San Antonio Texas

October 5 2015

04-15-00440-CV
Trial Court No 15-241-CCL

Joe Gomez n Janie Gomez
P O Box 83
Comfort Texas 78013

Thomas Dasheiell
143 Spanish Pass Road
Boerne Texas 78006

Statement in response to Court order  Our Most sincerest apologies for failure to file Our brief statement. We did not receive a court order to file a brief  By set date We have been very busy finding a place to live And where homeless for two weeks all the stress of this move And had no excess to Internet or faxing   We sincerely apologize to the Court

Sincerely
Joe n Janie Gomez